United States District Court
Southern District of Texas
FILED

FEB 04 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| STANLEY THUMAN | § § | CIVIL ACTION C-00-048 |
| VS. | § | Rule 9(h) Admiralty |
| | § | |
| AKER GULF MARINE | § | |

**PLAINTIFF'S ORIGINAL COMPLAINT**

TO THE HONORABLE JUDGE OF UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION:

COMES NOW, STANLEY THUMAN, as the owner of the **M/V LADY DENISE** and complaining of Aker Gulf Marine, and would show unto this honorable Court as follows:

**PARTIES**

1.   Plaintiff Stanley Thuman is a resident of Calhoun County, Texas.

2.   Defendant Aker Gulf Marine is a foreign corporation, licensed to do business in the State of Texas, and may be served with process by serving its registered agent for service of process, C.T. Corp., 811 Dallas Avenue, Houston, Texas 77002.

**VENUE**

3.   Venue of this action is proper in this division for the reason that the occurrence made the basis of this suit occurred in Nueces County, Texas.  28 U.S.C. §1391.

**JURISDICTION**

4.   Jurisdiction is based upon the existence of a Federal

Question, and this Court's admiralty jurisdiction, 28 U.S.C. §1333.

5.   On or about May 2, 1999, Stanley Thuman was operating his vessel, **LADY DENISE**, Official Number 995952, in a safe and prudent manner when it struck a submerged obstruction to navigation belonging to Defendant. The submerged structure is either a mooring dolfin or a concrete anchor placed in the water to be used as a "deadman" for pulling main construction projects off land and into navigation.

6.   Extensive property damage was caused to Plaintiff's vessel. Such damage was caused by the negligence and/or strict liability of the Defendant in failing to properly mark the submerged hazard to navigation. The fault of the Defendant was the proximate and legal cause of Plaintiff's damages for which he now seeks recovery.

7.   Plaintiff sues for the costs of repairs, diminution in value, and loss of use.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that Defendant be cited to answer and appear, that Plaintiff recover his damages, and have such other and further relief to which he may show himself justly entitled.

Respectfully submitted,

*Thomas E. Barker, for* ~~Les Cassidy~~ *Les Cassidy*
1020 Bank of America Center North
500 North Water Street *with permission*
Corpus Christi, Texas  78471
(512) 887-2965 office
(512) 887-6521 fax

State Bar Number 03979270
Attorney in Charge for Plaintiff


OF COUNSEL:

Woolsey & Cassidy, P.C.
1020 Bank of America Center North
500 North Water Street
Corpus Christi, Texas  78471
(512) 887-2965 office
(512) 887-6521 fax

Page 3