IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| STANLEY THUMAN | § | |
| | § | CIVIL ACTION C-00-048 |
| VS. | § | Rule 9(h) Admiralty |
| | § | |
| AKER GULF MARINE | § | |

**PLAINTIFFS' CERTIFICATION OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION:

    COMES NOW Stanley Thuman, Plaintiff, and certifies that the following are believed to be interested parties in this litigation:

1. Stanley Thuman

    P.O. Box 85

    Port O'Connor, Texas

    (361) 983-4743

2. Brian Thuman

    P.O. Box 85

    Port O'Connor, Texas

    (361) 983-4743

    Plaintiff agrees to supplement this disclosure if further information is obtained as requested by the Court.

Page 1

Respectfully submitted,

_____
Les Cassidy
1020 Bank of America
500 North Water Street
Corpus Christi, Texas  78471
(361) 887-2965 office
(361) 887-6521 fax

State Bar Number 03979270
Federal ID 5931
Attorney in Charge for Plaintiff

OF COUNSEL:

1020 Bank of America
500 North Water Street
Corpus Christi, Texas  78471
(361) 887-2965 office
(361) 887-6521 fax

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was forwarded this 15th day of February, 2000, to:

Mr. Van Huseman
White, Huseman & Pletcher
600 Leopard Street, Suite 2100
Corpus Christi, Texas  78473

_____
Les Cassidy