# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

FEB 17 2000

MICHAEL N. MILBY, CLERK

| Stanley Thuman | NOTICE |
|---|---|
| V. | RESETTING |
| Aker Gulf Marine | CASE NUMBER: C-00-48 |

**TYPE OF CASE:**   _X_ CIVIL        ___ CRIMINAL

## YOU ARE HEREBY DIRECTED TO APPEAR BEFORE:

JUDGE JANIS GRAHAM JACK

United States Courthouse
3rd Floor Courtroom
521 Starr Street
Corpus Christi, Texas 78401

On    Wednesday, March 15, 2000          at          1:15 p.m.

## PURPOSE OF PROCEEDING:

_X_ Initial Pretrial Conference              ___ Motion Hearing
    Note: Client(s) are not required to appear

___ Jury Selection and Trial                 ___ Show Cause Hearing

___ Re-Arraignment                           ___ Sentencing

___ Other:_____            ___ Revocation Hearing

Michael N. Milby, Clerk

By Deputy:  Myra Orta Alfano                        February 17, 2000

cc: Leslie D. Cassidy

(Mr. Cassidy is <u>required</u> to serve a copy of this "Notice" to the Defendant and/or Counsel for Deft.)