AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

STANLEY THUMAN

v.

AKER GULF MARINE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C-00-048

TO: (Name and address of defendant)

Aker Marine Contractors, Inc.
c/o C.T. Corporation
811 Dallas Avenue
Houston, Texas  77002

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LES CASSIDY
500 NORTH WATER STREET
1020 BANK OF AMERICA NORTH
CORPUS CHRISTI, TEXAS  78471

an answer to the complaint which is herewith served upon you, within __thirty (30)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY, CLERK

CLERK

(BY) DEPUTY CLERK

DATE  2/4/00

# OFFICERS RETURN OF SERVICE

CASE # C00048

STANLEY THUMAN

VS

AKER GULF MARINE

COURT
Clt. Ref.#                    Clt.#   5346

United States District Court
Southern District of Texas
FILED

FEB 1 8 2000

Michael N. Milby, Clerk

The documents came to our hand for service on 02/10/00   Time: 10:26:52

Documents received for service:

**SUMMONS W/PLAINTIFF'S ORIGINAL COMPLAINT**

The documents were delivered on 02/11/00   Time: 14:10:00

Executed at: 811 Dallas Avenue
             Houston, TX 77002

to the following: **Aker Marine Contractors, Inc.**
                  **By Delivering To C.T. Corporation Systems; Leann Cis**

✓    PERSONALLY delivering the document to the person above.
___ SUBSTITUTE SERVICE per Order by delivering to _____ in person
    who is sixteen (16) years of age or older, at the above listed address which is the
    usual place of abode/business of the above named person.
___ POSTING per Order by securely affixing to the main entry way at the above address.

## AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have never been convicted of a felony or misdemeanor involving moral turpitude
in any state of federal jurisdicion and I have studied and am familiar with the Texas RULES
OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all
other applicable rules and statutes relating to service of citation and/or notices.

_____
Gordon W Hanna
Professional Civil Process Houston
4635 Southwest Freeway, Suite 750
Houston, Texas 77027

Service Fee: _____

Witness Fee Tendered: _____

STATE OF TEXAS}

## VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct.  Given my hand and seal of office this 14 day of February 2000.

A S CEDILLO
NOTARY PUBLIC
State of Texas
Comm. Exp. 05-04-2003

NOTARY PUBLIC SIGNATURE

PCP Inv.# H0200 528