```
                    United States District Court
                    Southern District of Texas
                              FILED
      IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF TEXAS      FEB 18 2000
              CORPUS CHRISTI DIVISION
                                              Michael N. Milby, Clerk
```

| | | |
|---|---|---|
| STANLEY THUMAN | § | |
| | § | CIVIL ACTION C-00-048 |
| VS. | § | Rule 9(h) Admiralty |
| | § | |
| AKER GULF MARINE | § | |

**PLAINTIFFS' AMENDED CERTIFICATION OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION:

COMES NOW Stanley Thuman, Plaintiff, and certifies that the following are believed to be interested parties in this litigation:

1. Stanley Thuman, Plaintiff

    P.O. Box 85

    Port O'Connor, Texas

    (361) 983-4743


2. Brian Thuman

    P.O. Box 85

    Port O'Connor, Texas

    (361) 983-4743


3. Aker Gulf Marine, Defendant

    P.O. Box C

    Ingleside, Texas  78362

    (361) 643-8533

Plaintiff agrees to supplement this disclosure if further information is obtained as requested by the Court.

Page 1

Respectfully submitted,

_____
Les Cassidy
1020 Bank of America
500 North Water Street
Corpus Christi, Texas  78471
(361) 887-2965 office
(361) 887-6521 fax

State Bar Number 03979270
Federal ID 5931
Attorney in Charge for Plaintiff

OF COUNSEL:

1020 Bank of America
500 North Water Street
Corpus Christi, Texas  78471
(361) 887-2965 office
(361) 887-6521 fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded this 18th day of February, 2000, to:

Mr. Van Huseman
White, Huseman & Pletcher
600 Leopard Street, Suite 2100
Corpus Christi, Texas  78473

_____
Les Cassidy

Page 2