United States District Court
Southern District of Texas
FILED

FEB 28 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| STANLEY THUMANN | * |
| | * |
| V. | *   CIVIL ACTION NO. C-00-048 |
| | * |
| AKER GULF MARINE | * |

DEFENDANT AKER GULF MARINE'S
NOTICE OF INITIAL DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant AKER GULF MARINE, through the undersigned counsel, and in accordance with the Civil Justice Expense and Delay Reduction Plan of the United States District Court for the Southern District of Texas, hereby notified the Court that on February 28, 2000, it forwarded its Initial Disclosure to all counsel of record in accordance with the Federal Rules of Civil Procedure.

Respectfully submitted,

HUSEMAN & PLETCHER
2100 The 600 Building
Corpus Christi, Texas 78473
(361) 883-3563
Fax (361) 883-0210

By: _____
VAN HUSEMAN
Admission No. 1167
State Bar No. 10323500

ATTORNEYS FOR DEFENDANT
AKER GULF MARINE

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record pursuant to the Federal Rules of Civil Procedure on February 28, 2000.

_____
VAN HUSEMAN

ClibPDF - www.fastio.com