IN THE UNITED STATES DISTRICT COURT
FOR THE SOURTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

FEB 29 2000

MICHAEL N. MILBY, CLERK

| | | |
|---|---|---|
| STANELY THUMAN | § | |
| | § | |
| VS. | § | CIVIL ACTION C-00-048 |
| | § | Rule 9(h) Admiralty |
| | § | |
| AKER GULF MARINE | § | |

### CERTIFICATE OF INTERESTED PARTIES

Pursuant to this Court's Order, below is a list of the parties known to Defendant Aker Gulf Marine to be financially interested in this litigation:

1. Aker Gulf Marine, represented by attorney Van Huseman
   P.O. Box C
   Ingleside, TX 78362-1302
   (361) 776-8007

2. Stanley Thuman, represented by attorney Les Cassidy
   P.O. Box 85
   Port O'Connor, Texas
   (361) 983-4743

3. Brian Thuman
   P.O. Box 85
   Port O'Connor, Texas
   (361) 983-4743

1

8.

Respectfully submitted,

HUSEMAN & PLETCHER
2100 The 600 Building
Corpus Christi, Texas 78473
(361) 883-3563
Fax (361) 883-0210

By: _____
VAN HUSEMAN
Admission No. 1167
State Bar No. 10323500

ATTORNEYS FOR DEFENDANT
AKER GULF MARINE

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record pursuant to the Federal Rules of Civil Procedure on February 29, 2000.

Les Cassidy
Law Offices of Les Cassidy
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

_____
VAN HUSEMAN

2