United States District Court
Southern District of Texas
FILED

MAR 0 1 2000

MICHAEL N. MILBY, CLERK

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| STANLEY THUMAN | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION C-00-048 |
| | § | Rule 9(h) Admiralty |
| AKER GULF MARINE | § | |
| Defendant. | § | |

## PLAINTIFF, STANLEY THUMAN'S NOTICE OF INITIAL DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, Stanley Thuman, by and through the undersigned counsel, and in accordance with the Civil Justice Expense and Delay Reduction Plan of the United States District Court for the Southern District of Texas, hereby notified the Court that on March 1, 2000, it forwarded its Initial Disclosures to all counsel of record in accordance with the Federal Rules of Civil Procedure.

Respectfully submitted,

WOOLSEY & CASSIDY, P.C.
500 N. Water Street
1020 Bank of America Center North
Corpus Christi, Texas 78471
(361) 887-2965, office
(361) 887-6521, fax

By: _____
Les Cassidy
State Bar No.: 03979270
Federal I.D. No.: 5931

ATTORNEY IN CHARGE FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record pursuant to the Federal Rules of Civil Procedure on March 1, 2000.

_____
Les Cassidy