IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 1 2000

MICHAEL N. MILBY, CLERK

| | | |
|---|---|---|
| STANLEY THUMAN | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION C-00-048 |
| | § | Rule 9(h) Admiralty |
| AKER GULF MARINE | § | |
| Defendant. | § | |

## PLAINTIFF'S INITIAL DISCLOSURES

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION:

Plaintiff submits its initial disclosures pursuant to Federal Rule of Civil Procedure 26 as follows:

I.

### INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26

(A) The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information:

The following persons or entities have discoverable information relevant to disputed facts alleged with particularity in the pleadings:

1. Stanley Thuman

    Box 85

    Port O'Connor, Texas 77982

361-983-4743

Plaintiff, witness, with knowledge of circumstances of suit and damages. Stanley Thuman is the owner of shrimp boat in question.

2. Brian Thuman

   Box 85

   Port O'Connor, Texas  77982

   361-983-4743

   Son of owner of shrimp boat in question and operator at the time of the accident.

3. Roy De Bolt

   Aker Gulf Marine

   P.O. Box C

   Ingleside, Texas  78362

   361-643-8533

   Employee of Aker Gulf Marine.

4. Captain Cliff Alexander

   Captain of "Missouri H" dredge

   318-570-1322

   Captain of the Missouri H dredge who may have witnessed the accident.

5.    Boats by Shoalwater

      P.O. Box 200

      Port O'Connor, Texas 77982

      361-983-4202

      May testify regarding condition of the shrimp boat.

6.    Lt. John Fassero

      United States Coast Guard

      Address unknown at this time.

      361-888-3162, Ext. 261

      May testify as to the regulations of buoys and concrete markers.

7.    George R. Hydrick

      President

      Marine Propeller Works, Inc.

      P.O. Box 1950

      West Highway 35-2252 W. Wheeler

      Aransas Pass, Texas 78335

      361-758-3281

      May have knowledge of the condition of the shrimp boat.

8. Mark Hydrick

   Marine Propeller Works, Inc.

   Address unknown at this time.

   361-758-3281

   May have knowledge as to propeller damage repair.

9. James Jordan

   Hooking Bull Boatyard

   P.O. Box 726

   Rockport, Texas 78381

   361-729-5527

   May have knowledge of the condition of the shrimp boat.

10. Cookie Matthews

    Office Manager

    Marine Propeller Works, Inc.

    P.O. Box 1950

    West Highway 35-2252 W. Wheeler

    Aransas Pass, Texas 78335

    361-758-3281

    May have knowledge of the condition of the shrimp boat.

11. Sharon Mayhall

    Aker Gulf Marine

    P.O. Box C

    Ingleside, Texas  78362

    361-643-8533

    Employee of Aker Gulf Marine.

12. Marc A. McAllister

    McAllister Marine Surveying Company

    P.O. Box 6375

    Corpus Christi, Texas  79466

    361-882-4677

    May have knowledge of the condition of the shrimp boat.

13. P.J. Shrimp Co.

    101 Broadway

    P.O. Box 189

    Fulton, Texas  78358

    361-729-0711

    May have knowledge of the condition of the shrimp boat and Plaintiff's catch records.

14. Vic Rosen

    Aker Gulf Marine

    P.O. Box C

    Ingleside, Texas 78362

    361-643-8533

    Employee of Aker Gulf Marine.

15. Larry Schutz

    Rigging Superintendent

    Address unknown at this time.

    361-776-7551, Ext. 8126

    Employee of Aker Gulf Marine.

16. Mark Wolfe

    Manager of Mile 533 Shipyard, Inc.

    748 South Goodnight Ave.

    Aransas Pass, Texas 78335

    May have knowledge of the condition of the shrimp boat and costs of repairs.

17.    Larry Kearney

       110 Spoonbill

       Aransas Pass, Texas 78336

       361-758-5778

       May have knowledge of problems with the buoy.

18.    Les Cassidy

       Woolsey & Cassidy, P.C.

       1020 Bank of America Center North

       500 N. Water Street

       Corpus Christi, Texas 78471

       361-887-2965

       Other attorneys, other employees, and custodians of records of the above firms. Les Cassidy has knowledge of reasonable and necessary, usual and customary attorney's fees. The referenced firms or persons are attorneys or employees of such firms. The information know to them may be exempt, in whole or in part, from discovery as materials prepared in anticipation of litigation or trial; exempt from discovery under the attorney-client privilege, under the attorney work product exemption, or under the party communications privilege.

19.    All entities or individuals identified by any other party to this lawsuit.

(B) A copy of, or a description by category and location of, all documents, date compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings:

    1. All documents produced by Defendant in their initial disclosures including photos and documents yet to be produced as indicated in their initial disclosure to the Court. Plaintiff previously provided documents to Defendant, and will supplement prior to the Scheduling Conference.

(C) A computation of any category of damages claimed by the disclosing party.

    Stanley Thuman claims damages in the category of property, damage, loss of use, and repair costs. The total damage amount is unknown at this time. Estimates for repair exceed $18,000.00

(D) Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy all or part of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

    Plaintiff has no insurance to satisfy all or part of his damages.

Respectfully submitted,

_____
Les Cassidy
WOOLSEY & CASSIDY, P.C.
500 N. Water Street
1020 Bank of America Center North
Corpus Christi, Texas 78471
(361) 887-2965 office
(361) 887-6521 fax
State Bar No.: 03979270
Federal I.D. No.: 5931

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record pursuant to the Federal Rules of Civil Procedure on March 1, 2000.

_____
Les Cassidy