IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 10 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| STANLEY THUMANN | § | |
| | § | |
| VS. | § | C. A. NO. C-00-048 |
| | § | |
| AKER GULF MARINE | § | |
| | § | |

**UNOPPOSED EXPEDITED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD FOR DEFENDANT AKER GULF MARINE**

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, Defendant Aker Gulf Marine (hereinafter "Aker") in the above-captioned case and, pursuant to Local Rule 2D, files this its Unopposed Expedited Motion to Withdraw and Substitute Counsel of Record and would respectfully show as follows:

I.

Defendant Aker is presently represented by attorney Van Huseman of the law firm of Huseman & Pletcher.

II.

Defendant Aker moves to allow Van Huseman to withdraw as Counsel of Record so that attorney Jack Partridge of the law firm of Royston, Rayzor, Vickery & Williams, L.L.P. may be substituted as the new attorney of record. Mr. Partridge is licensed in the Southern District of Texas. His address, telephone number and facsimile number are as follows: 1700 Wilson Plaza West 606

47400:913027.1:030800

14.

N. Carancahua, Corpus Christi, Texas 78476, telephone number (361)884-8808, facsimile number (361)884-7261.

III.

Defendant Aker moves for and approves of this substitution. This substitution will not result in delays to the case and no party will be prejudiced by the granting of this Motion. There is no scheduling order entered, but a Rule 26 plan has been filed and Jack C. Partridge will attend the Initial Pretrial Conference and comply with any existing deadlines.

IV.

Defendant Aker requests that this Court expedite its ruling on this Motion. The Initial Pretrial Conference in this matter is scheduled to take place on March 15, 2000 at 1:15 p.m. By ruling on this Motion prior to the Initial Pretrial Conference, the Court will obviate the need for attorney Huseman to attend this hearing.

WHEREFORE, PREMISES CONSIDERED, Defendant Aker Gulf Marine respectfully prays that the Court allow attorney Jack Partridge of the law firm of Royston, Rayzor, Vickery & Williams, L.L.P. to be substituted as its attorney in charge in place of attorney Van Huseman of the law firm of Huseman & Pletcher.

Respectfully submitted,

_____
Van Huseman
State Bar No. 10323800
Federal I.D. No. 1167
Huseman & Pletcher
600 Leopard St., Suite 2100
Corpus Christi, Texas 78473
Office: (361) 883-3563
Fax: (361) 883-0210

APPROVED:

*/s/ Jack Partridge*
Jack Partridge
State Bar No. 15534600
Federal I.D. No. 10470
Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas   78476
Office:  (361) 884-8808
Fax:  (361) 884-7261


*/s/ Les Cassidy by permission Jean Herbel*
Les Cassidy
State Bar No. 03979270
Federal I.D. No. 5931
Woolsey & Cassidy
500 N. Water Suite 1020 N.
Corpus Christi, Texas 78471
Office:  (361) 887-2965
Fax:  (361) 887-6521


*/s/ Sharon Mayhall*
For Aker Gulf Marine

47400:913027.1:030800                               -3-

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I certify that on this the __10th__ day of March, 2000, a true and correct copy of the above Motion was mailed to:

Van Huseman
Huseman & Pletcher, P.C.
600 Leopard Street, Suite 2100
Corpus Christi, Texas 78473

Les Cassidy
Woolsey & Cassidy
500 N. Water Suite 1020 N.
Corpus Christi, Texas 78471

_____
Of Royston, Rayzor, Vickery & Williams, L.L.P.

47400:913027.1:030800              -4-

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| STANLEY THUMANN § | |
| § | |
| VS. § | C. A. NO. C-00-048 |
| § | |
| AKER GULF MARINE § | |
| § | |

## UNOPPOSED ORDER

Van Huseman and the law firm of Huseman & Pletcher are permitted to withdraw as counsel of record for Aker Gulf Marine. Jack Partridge and the law firm of Royston, Rayzor, Vickery & Williams, L.L.P., are hereby substituted as the new attorney of record for Defendant Aker Gulf Marine.

Signed this ____ day of _____, 2000 in Corpus Christi, Texas.

The Honorable Judge Janis Graham Jack
United States District Judge