

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| STANLEY THUMANN | § § § | |
| VS. | § | C. A. NO. C-00-048 |
| AKER GULF MARINE | § § § § | |

## UNOPPOSED ORDER

Van Huseman and the law firm of Huseman & Pletcher are permitted to withdraw as counsel of record for Aker Gulf Marine. Jack Partridge and the law firm of Royston, Rayzor, Vickery & Williams, L.L.P., are hereby substituted as the new attorney of record for Defendant Aker Gulf Marine.

Signed this 13rd day of March, 2000 in Corpus Christi, Texas.

_____
The Honorable Judge Janis Graham Jack
United States District Judge