# CIVIL COURT MINUTES

**JUDGE PRESIDING:** JANIS GRAHAM JACK

**CASE MANAGER:** Mary Beth Garza

**COURT RECORDER:** Velma Gano

**LAW CLERK:** Aimee De Santis

**U.S.C.S.O.:** Ed Jasso

**U.S. MARSHAL:**

**INTERPRETER:**

United States District Court
Southern District of Texas
FILED

MAR 1 5 2000

MICHAEL N. MILBY
CLERK

**DATE:** March 15, 2000     **OPEN:** 1:36  2:16     **ADJOURN:** 2:04  2:19
**TAPE:** #1

**CIVIL ACTION NUMBER:** C-00-48

Stanley Thuman                              **COUNSEL:** Leslie D. Cassidy

VS.

Aker Gulf Marine                            **COUNSEL:** John C. Partridge

(✓)IPTC Case called. Appearances are made. Discussion of case matters. (Recess) Court signs scheduling order. Court refers the parties to mediation. Court orders the parties to pre-mark and exchange trial exhibits, prior to the filing of the JPTO. Court signs a general order. Discussion of discovery issues.

Adjourn.

16.