United States District Court
Southern District of Texas
ENTERED

MAR 1 6 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| STANLEY THUMAN | § | |
| | § | |
| V. | § | C.A. NO. C-00-048 |
| | § | |
| AKER GULF MARINE | § | |

## ORDER

IT IS ORDERED that no later than the original date set for the filing of the Joint Pretrial Order, all parties shall pre-mark and exchange exhibits they intend to use during the course of trial.

ORDERED this 15th day of March, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE