United States District Court
Southern District of Texas
FILED

JUL 31 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| STANLEY THUMAN | § |
| | § CIVIL ACTION C-00-048 |
| VS. | § Rule 9(h) Admiralty |
| | § |
| AKER GULF MARINE | § |

### PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT OF SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION:

COMES NOW Stanley Thuman and respectfully files and submits this his Plaintiff's Designation of Expert Witnesses as follows:

Stanley Thuman, Plaintiff

Box 85

Port O'Connor, Texas  77982

361-983-1845

Plaintiff, expected to testify as to the facts made the basis of this suit.

Brian Thuman

Box 85

Port O'Connor, Texas  77982

361-983-1845

Plaintiff's son and operator of vessel at time of occurrence.

2061.100                                                                 Page 1

Les Cassidy

1020 Bank of America

500 N. Water Street

Corpus Christi, Texas   78471

361-887-2965

Mr. Cassidy is expected to testify as to the reasonable and necessary attorney fees in the prosecution of this case.

Mark A. McAllister

McAllister Marine Surveying Company

P.O. Box 6375

Corpus Christi, Texas   79466

361-882-4677

Mark Wolfe, Manager

Mile 533 Shipyard, Inc.

P.O. Box 1028

Ingleside, Texas   78362

361-758-5379

George R. Hydrick, President

Marine Propeller Works, Inc.

P.O. Box 1950

West Hwy. 35 - 2252 W. Wheeler

Aransas Pass, Texas   78335

361-758-3281

Cookie Matthews, Office Manager

Marine Propeller Works, Inc.

P.O. Box 1950

West Hwy. 35 - 2252 W. Wheeler

Aransas Pass, Texas   78335

361-758-3281


James Jordan

Hooking Bull Boatyard

P.O. Box 726

Rockport, Texas   78381

361-729-5527


PJ Shrimp Company

101 Broadway

P.O. Box 189

Fulton, Texas   78358


Boats By Shoal Water

P.O. Box 200

Port O'Connor, Texas   77982

361-983-4202

Charles Robert Huff

Aker Gulf Marine

c/o Royston Razor Vickery & Williams, L.L.P.

1700 Wilson Plaza West

606 N. Carancahua

Corpus Christi, Texas 78476

361-884-8808

The above persons may be called to testify as to the condition of the vessel prior to and after the incident, costs of repairs to vessel, property damages, loss of use, economic damages, and cause of incident.

In addition to the above listed expert witnesses, Plaintiff further designates any and all Expert Witnesses that have been or may be designated by Defense counsel.

        Respectfully submitted,

        WOOLSEY & CASSIDY, P.C.
        1020 Bank of America
        500 North Water Street
        Corpus Christi, Texas 78471
        361-887-2965
        361-887-6521 fax

By: _____
        Les Cassidy
        State Bar No. 03979270
        Federal I.D. No. 5931

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2000, a true and correct copy of the foregoing was forwarded by certified mail to:

Richard P. Martini
Billings & Solomon, P.C.
460 Riviana Building
2777 Allen Parkway, Suite 460
Houston, Texas  77019-2129

W. Michael Taylor
Griffin & Matthews
1155 Dairy Ashford, Suite 300
Houston, Texas  77079

_____
Les Cassidy

2061.100                                                      Page 5