IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| STANLEY THUMANN | § | |
| | § | |
| VS. | § | C. A. NO. C-00-048 |
| | § | |
| AKER GULF MARINE | § | |

**DEFENDANT AKER GULF MARINE'S OFFER OF JUDGMENT PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 68**

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, THE DEFENDANT, AKER GULF MARINE, and files this its offer of judgment in the captioned matter pursuant to the FED. R. CIV. P. 68:

**I.**

The Defendant, Aker Gulf Marine, hereby renews its offer made at mediation on June 29, 2000 (before shrimping season began) and offers a judgment in the captioned matter in the amount of TEN THOUSAND AND NO/100 DOLLARS ($10,000), which includes cost accrued, as full satisfaction of the Plaintiff's claims

WHEREFORE, PREMISES CONSIDERED, the Defendant submits the foregoing offer of judgment and request all of the relief to which it may be entitled at law, and equity, or in admiralty.

47400:934735.1:082500

Respectfully submitted,

Jack Partridge
State Bar No. 15534600
Federal I.D. No. 10470
Chester J. Makowski
State Bar No. 12852950
Federal I.D. No. 15600
Royston, Rayzor, Vickery & Williams, L.L.P.1700
Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas  78476
Office: (361) 884-8808
Fax: (361) 884-7261
ATTORNEYS FOR DEFENDANT AKER GULF MARINE

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

47400:934735.1:082500

-2-

## CERTIFICATE OF SERVICE

I certify that on this the \_\_\_25\_\_\_ day of August, 2000, a true and correct copy of the above Document has been served via the method indicated below on all counsel of record.

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Les Cassidy
Woolsey & Cassidy
500 N. Water Suite 1020 N.
Corpus Christi, Texas 78471

_____
Of Royston, Rayzor, Vickery & Williams, L.L.P.

47400:934735.1:082500                              -3-