IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED
AUG 25 2000
Michael N. Milby, Clerk

| | |
|---|---|
| STANLEY THUMANN § | |
| § | |
| VS. § | C. A. NO. C-00-048 |
| § | |
| AKER GULF MARINE § | |

## AKER GULF MARINE'S DESIGNATION OF EXPERTS

COMES NOW, Defendant Aker Gulf Marine, and files this its Designation of Experts showing as follows:

I.

The Defendant Aker Gulf Marine may call the following experts to testify at the time of trial:

1. Mark McAllister
   McAllister Marine Surveying Co.
   4449 Gollihar Road
   Corpus Christi, Texas 78411
   (361) 882-4677

2. Mervyn Tansley
   Maritime Consultants, Inc.
   P.O. Box 9022
   Corpus Christi, Texas 78469
   (361) 882-7442

3. M. Lagasse
   address, telephone number, and full name unknown
   Palacios, Texas

47400:933558.1:082500

WHEREFORE, PREMISES CONSIDERED, the Defendant requests that the Court take notice of this Designation of Expert and grant the Defendant all other relief to which it may be entitled at law or in equity.

Respectfully submitted,

Jack Partridge
State Bar No. 15534600
Federal I.D. No. 10470
Chester J. Makowski
State Bar No. 12852950
Federal I.D. No. 15600
Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
Office: (361) 884-8808
Fax: (361) 884-7261
ATTORNEYS FOR DEFENDANT AKER GULF MARINE

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## CERTIFICATE OF SERVICE

I certify that on this the <u>25th</u> day of August, 2000, a true and correct copy of the above Designation of Experts has been served via the method indicated on all counsel of record.

CERTIFIED MAIL
<u>RETURN RECEIPT REQUESTED</u>

Les Cassidy
Woolsey & Cassidy
500 N. Water Suite 1020 N.
Corpus Christi, Texas 78471

_____
Of Royston, Rayzor, Vickery & Williams, L.L.P.

47400:933558.1:082500

-3-