IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

AUG 25 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| STANLEY THUMAN | § | |
| | § | CIVIL ACTION C-00-048 |
| VS. | § | Rule 9(h) Admiralty |
| | § | |
| AKER GULF MARINE | § | |

### PLAINTIFF'S AMENDED DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT OF
SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION:

COMES NOW Stanley Thuman and respectfully files and submits
this his Plaintiff's Amended Designation of Expert Witnesses as
follows:

Stanley Thuman, Plaintiff

Box 85

Port O'Connor, Texas  77982

361-983-1845

Plaintiff, expected to testify as to the facts made the
basis of this suit.


Brian Thuman

Box 85

Port O'Connor, Texas  77982

361-983-1845

Plaintiff's son and operator of vessel at time of
occurrence.

Les Cassidy

1020 Bank of America

500 N. Water Street

Corpus Christi, Texas   78471

361-887-2965

Mr. Cassidy is expected to testify as to the reasonable and necessary attorney fees in the prosecution of this case.


Mark A. McAllister

McAllister Marine Surveying Company

P.O. Box 6375

Corpus Christi, Texas   79466

361-882-4677


Mark Wolfe, Manager

Mile 533 Shipyard, Inc.

P.O. Box 1028

Ingleside, Texas   78362

361-758-5379


George R. Hydrick, President

Marine Propeller Works, Inc.

P.O. Box 1950

West Hwy. 35 - 2252 W. Wheeler

Aransas Pass, Texas   78335

361-758-3281

2061.100

Cookie Matthews, Office Manager

Marine Propeller Works, Inc.

P.O. Box 1950

West Hwy. 35 - 2252 W. Wheeler

Aransas Pass, Texas   78335

361-758-3281


James Jordan

Hooking Bull Boatyard

P.O. Box 726

Rockport, Texas   78381

361-729-5527


PJ Shrimp Company

101 Broadway

P.O. Box 189

Fulton, Texas   78358


Boats By Shoal Water

P.O. Box 200

Port O'Connor, Texas   77982

361-983-4202


2061 100

Charles Robert Huff

Aker Gulf Marine

c/o Royston Razor Vickery & Williams, L.L.P.

1700 Wilson Plaza West

606 N. Carancahua

Corpus Christi, Texas 78476

361-884-8808


The above persons may be called to testify as to the
condition of the vessel prior to and after the incident,
costs of repairs to vessel, property damages, loss of use,
economic damages, and cause of incident.


In addition to the above listed expert witnesses, Plaintiff
further designates any and all Expert Witnesses that have been or
may be designated by Defense counsel.

Respectfully submitted,

WOOLSEY & CASSIDY, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas  78471
361-887-2965
361-887-6521 fax

By: _____
    Les Cassidy
    State Bar No. 03979270
    Federal I.D. No. 5931


2061.100                                    Page 4

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2000, a true and correct copy of the foregoing was forwarded by certified mail to:

Mr. Sean C. Henkel
Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas  78476

Mr. Jack Partridge
Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas  78476

Les Cassidy

2061.100

# McALLISTER
# MARINE SURVEYING
# COMPANY

P.O. Box 6375
Corpus Christi, TX 78466
mcmarine@caller.infi.net
Fax: 512/882-4678

Marc A. McAllister
NAMS Certified
ABYC • NFPA
Phone: 512/882-4677

July 14, 1999

Mr. Stanley Thumann
Box 85
Port O'Connor, TX 77982

Re:     F/V "LADY DENISE"
        DAMAGE SURVEY

Dear Mr. Thumann,

As you requested, on June 3, 1999, I attended on board the **F/V "LADY DENISE"** as the vessel lay hauled out at Hooking Bull Shipyard, Cover Harbor, near Rockport, Texas, for the purpose of reporting upon the nature, cause and extent of damage to the vessel sustained in consequence of the striking of a submerged large concrete anchor adjacent to Aker Gulf Marine on the Corpus Christi Ship Channel, near Ingleside, Texas on the morning of June 2, 1999.

The **F/V "LADY DENISE"** is a typical bay shrimp boat of all plywood construction with wood framing and a fiberglass outer skin. The vessel's official no. Is 995952. Her length is 49', breadth 15.6' and depth is 3.6'. The vessel was built in 1984 at Fulton, Texas. The **F/V "LADY DENISE"** was designed for in shore trawling and is powered by a single Caterpillar diesel engine of approximately 400 horsepower.

It is apparent that the vessel ran up onto a hard, submerged object. The following damage was noted:

1.   Keel - the vessel's keel is scraped and indented across the bottom at a location approximately 25' aft of the stem. The outer fiberglass skin is fractured and leaking. The extent of damage to the laminated timber keel could not be determined by external examination.

     It is recommended that the fiberglass skin of the keel be ground away in this area. The timber keel should be repaired as necessary. The fiberglass skin should be renewed as original.

2.   Keel Cooler - The inboard section of pipe keel cooler is deeply indented in way of the 90° elbow at the hull flange.

     It is recommended that the aft hull flange and elbow of the inboard keel cooler tube be renewed as original.

Mr. Stanley Thumman
Page 2

3.   Propeller Tunnel - The formed plywood propeller tunnel is fractured over a length of approximately 15". The transverse fracture is found at the top of the tunnel near the rudder tube. The fracture does not appear to penetrate through the fiberglass skin. It is apparent that the hull was pushed upwards by the rudder flange during the striking incident.

It is recommended that the formed plywood tunnel be removed and replaced as original. Framing on each side of the tunnel should be reattached and reinforced as original.

4.   Internal Framing - Cracked, fractured and detached frames were found in the forward part of the engine room, near midships on the stbd side and aft. Frames numbered from the stem found to be damaged were Frames 8, 9, 10, 11, and the three frames adjacent to the stern tunnel. Vertical framing used to retain the fuel tanks was apparently shifted due to the striking.

It is recommended that the fractured frames be renewed as original of 2" x 6" treated lumber. Detached frames should be reattached to the hull sheathing as original and resealed with fiberglass. Shifted vertical frames supporting the fuel tanks should be repositioned as original, reattached and reinforced to return the original structural integrity.

5.   Propeller Shaft - The propeller shaft is suspected to be bent due to the striking of the concrete anchor by the propeller.

It is recommended that the propeller shaft should be dial indicated to check for straightness. If found bent, the shaft should be transported to a competent machine shop for straightening or replacement.

6.   Propeller - The propeller was severely damaged due to striking the concrete anchor. An attempt was made to repair the propeller, however, the repair attempt was unsuccessful.

It is recommended that the propeller be replaced as original with a new 36" x 34" right hand four-blade propeller with 3" bore.

7.   Rudder Shoe - The fabricated galvanized steel rudder shoe is bent to stbd. 0" - 1 1/2" and slightly twisted.

It is recommended that the after portion of the rudder shoe, from the strut attachment aft, be replaced as original. The rudder should be checked for proper alignment.

2

**Thumann**   64

Mr. Stanley Thumman
Page 3

The foregoing repairs should be made by a competent shipyard. Repair costs should include haul out and sufficient lay days to complete repairs. All new and disturbed work should be tested and proven satisfactory. All new and disturbed work should be re-coated as original. All removals necessary to effect repairs should be replaced in good order.

The foregoing repairs should be return the vessel to its pre-incident condition. A repair estimate has been provided by Mr. Wayne Morgan of Port O'Connor, Texas. The estimate appears to include all necessary repairs. A copy of the repair estimate is attached as a part of this survey report.

This survey is made without prejudice to the rights and/or interests of whom it may concern.

Marc A. McAllister
Marine Surveyor

Enclosed: Photos
          Repair Estimate

3

**Marc Andrew McAllister**
1305 N. Shoreline, Suite 302
Corpus Christi, Texas 78401
(361) 882-4677

Offering dedicated service to maritime concerns through the skilled performance of independent marine surveying and consultation on vessels of all size and configuration and on a variety of cargos. Serving the insurance, financial, and legal professions, vessel owners, and other interested parties.

## SKILLS AND ABILITIES

*Hull Condition and Valuation Surveys* - Provide a full narrative report, issue recommendations and determine present and replacement values.

*Damage Surveys* - Provide a full "Found and Recommended" report on hull, machinery, rigging and equipment damage. Negotiate, arrange and supervise salvage. Write specifications for repairs. Obtain competitive bids.

*Catastrophes* - Involvement with hurricanes, oil spills and other natural and man made disasters.

*Vessel on/off hire* - Independent assessment of vessel condition for ship owners and charterers.

*Cargo Surveys* - Conduct cargo outturn, pre-shipment, load and stow, cargo damage, cargo packing, and storage site surveys. Specializing in steel products, break-bulk and perishable cargoes.

*Consultation* - Provide technical maritime information and support in matters of property loss control, crew safety and training, salvage and wreck removal, voyage preparation, ship suitability and cargo packaging design through personal knowledge and research.

## RELEVANT EXPERIENCE

June 1988 - Present     McAllister Marine Surveying Co., *Owner/Principal Surveyor*

Conduct condition & valuation, and hull & machinery damage surveys on ships, commercial hulls, fishing vessels and yachts. Cargo outturn, cargo damage and salvage, cargo load and stow, cargo packing, cargo security and storage site surveys. Surveys on inland marine exposures, construction & transportation equipment and motortruck cargo. Ship repairers legal liability, builders risk, wharfingers, structural and other insurance exposure surveys on businesses including shipyards, marinas, dealerships, and related shoreside facilities. Assess risks with values up to $5 million and control claims with values up to $1 million.

CtMPDF - www.fastio.com

**Page 2**
**Marc Andrew McAllister CMS**

June 1985 - June 1988  CIGNA Marine Loss Control Service, *Marine Loss Control Specialist*
Conducted the various surveys described above, as an in house staff marine surveyor. Provided
technical support to marine underwriters and adjusters within the corporation.

June 1983 - June 1985  Hull and Cargo Surveyors, Corpus Christi, TX, *Staff Marine Surveyor*
Conducted the various surveys described above, as an independent staff marine surveyor.

June 1981 - June 1983  Hull and Cargo Surveyors, Houston, TX, *Staff Marine Surveyor*
Conducted the various surveys described above, as an independent staff marine surveyor.

May 1980 - June 1981 National Maritime Union, Houston Local
Sailed as able bodied seaman on international voyages serving on break bulk cargo ships
Watchstanding, steering, ships maintenance, cargo operations.

May 1979 - May 1980 Woods Hole Oceanographic Institution, Chief Mate R.V. "LULU"
Navigation, watchstanding, in charge of ships maintenance and deck machinery, assisted in launch
and recovery of submersible "ALVIN", handling and offshore recovery of scientific equipment.
In charge of shipyard labor during refit.

August 1977 - May 1979
Various jobs while working my way through college, including deckhand on 56 ft research vessel
"Excellence" operated by Texas A & M university, deckhand on shrimp boats and steelyard
laborer.

## PROFESSIONAL ACTIVITIES

Certified Marine Surveyor - National Association of Marine Surveyors.  Certificate No. 143-503.
Member - American Boat and Yacht Council. (ABYC)
Member - National Fire Protection Association. (NFPA)
Member - Corpus Christi Power Squadron.
Member - Propeller Club of the United States, Corpus Christi chapter

## EDUCATIONAL DEGREES

Brazosport College, Lake Jackson, Texas - May, 1979
Associate of Applied Science - Oceanic and Marine Technology - a U.S.C.G. approved program
documenting Able-bodied Seamen in preparation for offshore license.  Awarded Texas Shrimp
Association Scholarship (1978) for academic achievement.

Marc Andrew McAllister CMS

## EDUCATIONAL HIGHLIGHTS

Vessel Operations, Ship Management, Marine Economics, Navigation, Ship Maintenance &
Engineering, Diesel Mechanics, Technical Physics, Marlinespike Seamanship, Marine Electronics,
Lifeboatman, Oceanography.

## CONTINUING EDUCATION

*Marine Insurance Correspondence Course* - CIGNA Property & Casualty Division –
Interpretation and rationale of commercial hull and cargo policies of insurance.

*Principals of Loss Control* - Two week intensive program teaching methods and application of
property and personnel loss control.

*Total Loss Control Management* – International Safety Academy  Theory and practice of loss
control techniques.

*Boats and Yachts Correspondence Course* -  CIGNA Property and Casualty Division -
Interpretation and rationale of yacht policies of insurance.

*Defense Packing and Unitization* - Department of Defense, U.S. Army Materiel Command -
Specifications and methods of military packing techniques for cargo loss control.

*Marine Insurance Adjusters Course* – and license exam - Leonards Training Center, Dallas, TX.

*American Society of Appraisers* - Universal Standards of Appraisal Practice

*Texas General Land Office/U.S.C.G.* - National Interagency Incident Management System, I.C.S.

*South Texas Coastal Zone Marine Firefighting Symposium* - Specialized training in shipboard
firefighting.

*American Boat & Yacht Council* - Marine Electrical Systems Course

*American Boat & Yacht Council* - Accident Investigation Course

*Houston Marine Insurance Seminar* - annual gathering of marine insurance professionals to hear
lectures from experts covering topics pertaining to marine insurance and admiralty law.

*National Association of Marine Surveyors* - National Conference, annual gathering of certified
marine surveyors to share information and hear lectures from experts covering various marine
topics.

CAMPDF - www.fenico.com