IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 3 2000

MICHAEL N. MILBY, CLERK

| | | |
|---|---|---|
| STANLEY THUMANN | § | |
| | § | |
| | § | |
| VS. | § | C. A. NO. C-00-048 |
| | § | |
| AKER GULF MARINE | § | |

### DEFENDANT AKER GULF MARINE'S REPORT ON MEDIATION

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, THE DEFENDANT, AKER GULF MARINE, and files this its Report on Mediation in the captioned matter and respectfully asserts the following:

I.

On June 29, 2000, the parties attended mediation before Mediator Marvin Nebrat and the present matter did not settle.

WHEREFORE, PREMISES CONSIDERED, the Defendant submits its Report on Mediation and requests all of the relief to which it may be entitled at law, and equity, or in admiralty.

47400:940445.1:101200

Respectfully submitted,

Jack Partridge
State Bar No. 15534600
Federal I.D. No. 10470
Chester J. Makowski
State Bar No. 12852950
Federal I.D. No. 15600
Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
Office: (361) 884-8808
Fax: (361) 884-7261
ATTORNEYS FOR DEFENDANT AKER GULF MARINE

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## CERTIFICATE OF SERVICE

I certify that on this the \_\_\_13th\_\_\_ day of October, 2000, a true and correct copy of the above Document has been served via the method indicated below on all counsel of record.

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Les Cassidy
Woolsey & Cassidy
500 N. Water Suite 1020 N.
Corpus Christi, Texas 78471


_____
Of Royston, Rayzor, Vickery & Williams, L.L.P.

47400:940445.1:101200                          -3-