# CIVIL COURT MINUTES

**JUDGE PRESIDING:** JANIS GRAHAM JACK

**CASE MANAGER:** Myra Orta Alfano

**COURT RECORDER:** Sylvia Syler

**LAW CLERK:** Nadeem Waeen

**U. S. C. S. O.:** ADRIAN PEREZ

**U. S. MARSHAL:**

**INTERPRETER:**

United States District Court
Southern District of Texas
FILED

DEC - 1 2000

MICHAEL N. MILBY
CLERK

**DATE:** December 1, 2000   **OPEN:** 8:37 AM   **ADJOURN:** 8:49 AM

**TAPE:** #1

**CIVIL ACTION NUMBER:** C-00-48

Stanley Thuman                                   **COUNSEL:** Leslie D. Cassidy

VS.

Aker Gulf Marine                                 **COUNSEL:** Jack C. Partridge

(✓) **Final Pretrial Conference:**                                    (ETT: 1 DAY)

Parties present. Discussion of case matters and attempts to settle this case. Court sets this case for bench trial on Tues., Dec. 19, 2000 at 8:00 AM. Discussion of trial procedures.

Adjourn.