United States District Court
Southern District of Texas
FILED

DEC 18 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| STANLEY THUMANN | § § § | |
| VS. | § § | C. A. NO. C-00-048 |
| AKER GULF MARINE | § § § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 10 of the local rules, the Defendant, Aker Gulf Marine and the Plaintiff, Stanley Thumann file this their Joint Notice of Settlement. The parties have resolved all claims against each other in the captioned matter. The parties are preparing the necessary settlement agreements and releases to effectuate the settlement. The parties anticipate submitting an Agreed Order of Dismissal to the Court concluding all claims within the next 45 days.

WHEREFORE, PREMISES CONSIDERED, the Defendant, Aker Gulf Marine and the Plaintiff, Stanley Thumann pray that the Court take notice of this Notice of Settlement, and cancel all court settings and other appearances in this matter pending submission of the settlement documents.

47400:947781.1:121800

Respectfully submitted,

*[signature]*

Jack C. Partridge
Royston, Rayzor, Vickery, &
Williams, L.L.P.
606 N. Carancahua
1700 Wilson Plaza West
Corpus Christi, Texas 78476
(361) 884-8808 office
(361) 884-7162 fax
State Bar No.: 15534600
Federal I.D. No.: 10470
Attorney-in-Charge for Defendant,
Aker Gulf Marine

*[signature]*

Les Cassidy
Woolsey & Cassidy, P.C.
500 N. Water Street
1020 Bank of America Center North
Corpus Christi, Texas 78471
(361) 887-2965 office
(361) 887-6521 fax
State Bar No.: 03979270
Federal I.D. No.: 5931
Attorney-in-Charge for Plaintiff,
Stanley Thumann