IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JAN 5 - 2001

Michael N. Milby, Clerk

| | | |
|---|---|---|
| STANLEY THUMAN | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION C-00-048 |
| | § | Rule 9(h) Admiralty |
| AKER GULF MARINE | § | |
| Defendant. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF THE COURT:

COMES NOW Stanley Thumann and Aker Gulf Marine and file their Joint Motion to Dismiss with Prejudice. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties to this suit hereby move that the Court dismiss the suit with prejudice as all claims have been settled. Each party agrees to bear its own costs and expenses.

A proposed form of Order is attached for the convenience of the Court. The agreement of all parties to this proposed Order is indicated by the signatures of counsel for all of the parties.

47400:948425.1:122700

Respectfully submitted,

_____
Jack C. Partridge
Royston, Rayzor, Vickery, &
Williams, L.L.P.
606 N. Carancahua
1700 Wilson Plaza West
Corpus Christi, Texas 78476
(361) 884-8808 office
(361) 884-7162 fax
State Bar No.: 15534600
Federal I.D. No.: 10470
Attorney-in-Charge for Defendant,
Aker Gulf Marine

_____
Les Cassidy
Woolsey & Cassidy, P.C.
500 N. Water Street
1020 Bank of America Center North
Corpus Christi, Texas 78471
(361) 887-2965 office
(361) 887-6521 fax
State Bar No.: 03979270
Federal I.D. No.: 5931
Attorney-in-Charge for Plaintiff,
Stanley Thumann

47400:948425.1:122700                        -2-

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| STANLEY THUMAN | § § § | |
| VS. | § | C. A. NO. C-00-048 |
| AKER GULF MARINE | § § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On the Joint Motion to Dismiss, the Court hereby enters the following Order:

1. This suit is hereby dismissed with prejudice as to all parties pursuant to Rule 41 of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs and expenses incurred in connection with this suit.

SIGNED in Corpus Christi, Texas on this the ____ day of _____, 200__.

_____
UNITED STATES DISTRICT COURT JUDGE
JANIS GRAHAM JACK

47400:948428.1:122700

Respectfully submitted,

*(signature)*

Jack C. Partridge
Royston, Rayzor, Vickery, &
Williams, L.L.P.
606 N. Carancahua
1700 Wilson Plaza West
Corpus Christi, Texas  78476
(361) 884-8808  office
(361) 884-7162  fax
State Bar No.: 15534600
Federal I.D. No.: 10470
Attorney-in-Charge for Defendant,
Aker Gulf Marine

*(signature)*

Les Cassidy
Woolsey & Cassidy, P.C.
500 N. Water Street
1020 Bank of America Center North
Corpus Christi, Texas  78471
(361) 887-2965  office
(361) 887-6521  fax
State Bar No.: 03979270
Federal I.D. No.: 5931
Attorney-in-Charge for Plaintiff,
Stanley Thumann

47400:948428.1:122700