IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 0 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| STANLEY THUMAN | § § § | 31. |
| VS. | § § | C. A. NO. C-00-048 |
| AKER GULF MARINE | § § § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

On the Joint Motion to Dismiss, the Court hereby enters the following Order:

1. This suit is hereby dismissed with prejudice as to all parties pursuant to Rule 41 of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs and expenses incurred in connection with this suit.

SIGNED in Corpus Christi, Texas on this the 9th day of January, 200__.

_____
UNITED STATES DISTRICT COURT JUDGE
JANIS GRAHAM JACK

47400:948428.1:122700

Respectfully submitted,

_____
Jack C. Partridge
Royston, Rayzor, Vickery, &
Williams, L.L.P.
606 N. Carancahua
1700 Wilson Plaza West
Corpus Christi, Texas  78476
(361) 884-8808  office
(361) 884-7162  fax
State Bar No.: 15534600
Federal I.D. No.: 10470
Attorney-in-Charge for Defendant,
Aker Gulf Marine

_____
Les Cassidy
Woolsey & Cassidy, P.C.
500 N. Water Street
1020 Bank of America Center North
Corpus Christi, Texas  78471
(361) 887-2965  office
(361) 887-6521  fax
State Bar No.:  03979270
Federal I.D. No.:  5931
Attorney-in-Charge for Plaintiff,
Stanley Thumann

47400:948428.1:122700